UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR1875-W |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| Jose Mendoza-Cardenas, | |
| Defendant. | |

FILED
AUG 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense of: 8 USC 1326(a) and (b).

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/25/08

_____
Thomas J. Whelan
UNITED STATES DISTRICT JUDGE